**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━X
EXXXOTICA NEW YORK, LLC,                  )
                                          )   Civil Action No.
                            Plaintiff,    )   10-CV-4536   (FCH) (PS)
                                          )
            - v. -                        )
                                          )
TOWN OF SECAUCUS; HARTZ MOUNTAIN          )
DEVELOPMENT CORP. d/b/a MEADOWLANDS       )
EXPOSITION CENTER, a New Jersey Corporation; )
SMG, a Pennsylvania Limited Partnership; DENNIS )
ELWELL, individually and in his capacity as the )
former Mayor for the Town of Secaucus; DAVID )
DRUMELER, individually and in his capacity as the )
Town Administrator for the Town of Secaucus, )
                                          )
                            Defendants.   )
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━X

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all parties to the above captioned action ("Action") - - Plaintiff Exxxotica New York, LLC and Defendants Town of Secaucus, Dennis Elwell, David Drumeler, SMG and Hartz Mountain Development Corp. d/b/a Meadowlands Exposition Center (collectively, the "Parties") - - **HEREBY STIPULATE AND AGREE THAT**:

       1.    All claims, counterclaims, cross-claims and third-party claims asserted by, and/or on behalf of, the Parties in any pleading filed in the Action are hereby dismissed, with prejudice; and

       2.    Each Party shall bear its own fees, expenses, and costs.

**WHEREFORE**, all claims, counterclaims, cross claims and/or third-party claims asserted in the Action are hereby dismissed with prejudice.

**So Stipulated:**            Dated: January 24, 2012

/s/William T. Reilly, Esq.
William T. Reilly, Esq.
Matthew G. Wapner, Esq.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
Tel: (973) 622-4444
Fax: (973) 624-7070

**Attorneys for Defendant SMG**

/s/Curtis L. Michael, Esq.
Curtis L. Michael, Esq.
**HOROWITZ, RUBINO & PATTON**
400 Plaza Drive
P.O. Box 2038
Secaucus, New Jersey 07094
Tel: (201) 863-7988
Fax: (201) 348-9144

**Attorneys for Defendant
Hartz Mountain Development Corp.**

/s/Thomas B. Hanrahan, Esq.
Thomas B. Hanrahan
**THOMAS B. HANRAHAN &
ASSOCIATES, LLC**
80 Grand Avenue, Suite No. 2
River Edge, New Jersey 07661
Tel: (201) 525-1011

**Attorneys for Defendant Town of
Secaucus**

/s/Andrew D. Friedman, Esq.
Andrew D. Friedman, Esq.
**LAW OFFICES OF
 ANDREW FRIEDMAN LLP**
445 Park Avenue
9th Floor
New York, New York 10022
Tel: (212) 308-6300
Fax: (212) 316-5336

**Lead Attorney for Plaintiff
 Exxxotica New York, LLC**

John M. Donnelly, Esq.
**LEVINE, STALLER, SKLAR, CHAN,
 BROWN & DONNELLY, P.A.**
3030 Atlantic Avenue
Atlantic City, New Jersey 08401
Tel: (609) 348-1300 x153
Fax: (609) 345-2473

**Local Attorney for Plaintiff
 Exxxotica New York, LLC**

/s/Joseph A. Garcia, Esq.
Joseph A. Garcia, Esq.
**CHASAN LEYNER &
 LAMPARELLO, PC**
300 Harmon Meadow Blvd.
Secaucus, NJ 07094-3621
Tel: (201) 809-6034
Fax: (201) 348-6633

**Attorneys for Defendant
 Town of Secaucus, Dennis Elwell and
 David Drumeler**

So ORDERED. 1/25/12

*[signature]*
Hon. Faith S. Hochberg, U.S.D.J.

2